```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03259
   LOUISE G DEMAS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7665

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/25/2007 and was confirmed 05/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
ASPIRE                     UNSEC W/INTER NOT FILED            .00            .00
CAPITAL ONE                UNSEC W/INTER NOT FILED            .00            .00
CAPITAL ONE                UNSEC W/INTER   1834.13         183.01        1834.13
ECAST SETTLEMENT CORP      UNSEC W/INTER    615.68          61.43         615.68
DIVERSIFIED CONSULTANTS    NOTICE ONLY    NOT FILED           .00            .00
ENHANCED RECOVERY CORP     NOTICE ONLY    NOT FILED           .00            .00
GC SERVICES DATA CONTROL   NOTICE ONLY    NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER   2653.34         266.65        2653.34
T-MOBILE USA               UNSEC W/INTER    489.33          48.84         489.33
INTERNAL REVENUE SERVICE   PRIORITY        2465.39          57.20        2465.39
INTERNAL REVENUE SERVICE   UNSEC W/INTER    124.52           9.89         124.52
JOSEPH J CARDINAL          DEBTOR ATTY    1,625.00                      1,625.00
TOM VAUGHN                 TRUSTEE                                        796.10
DEBTOR REFUND              REFUND                                         145.49

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             11,376.00

PRIORITY                                      2,465.39
    INTEREST                                     57.20
SECURED                                            .00
UNSECURED                                     5,717.00
    INTEREST                                    569.82
ADMINISTRATIVE                                1,625.00
TRUSTEE COMPENSATION                            796.10
DEBTOR REFUND                                   145.49
                    --------------          --------------
TOTALS              11,376.00                11,376.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03259 LOUISE G DEMAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |